NO JS-6

**HART, WATTERS & CARTER**
A PROFESSIONAL LAW CORPORATION
12400 WILSHIRE BLVD., SUITE 500
LOS ANGELES, CA 90025-1030
(310) 826-5202
**THOMAS L. WATTERS (State Bar No. 78518)**

*Attorneys for* Defendant/Cross Claimant
Styles For Less, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FAUSA, INC., a California Corporation; STYLES FOR LESS, INC., a California Corporation; and DOES 1 through 10,<br><br>　　　　　　　　Defendants.<br><br>STYLES FOR LESS, INC., a California corporation<br><br>　　　　　　Cross Claimant,<br><br>　v.<br><br>ANGEL KISS, INC. dba JEZEBELL, a California corporation; and MOES 1-100<br><br>　　　　　　Cross Defendants, | CASE NO. CV-09-07561-GAF (FMOx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

　　　In the above-entitled action, Cross Claimant STYLES FOR LESS, INC. and Cross Defendant ANGEL KISS, have stipulated that judgment be entered in favor of Cross Claimant and against said Cross Defendant in the sum of $4,500.00, plus attorneys' fees and costs of $5,500.00, for a total of $10,000.00.

**LAW OFFICES**
**HART & WATTERS**

1

Notice of Lodging

Pursuant to said Stipulation and Good cause appearing,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Cross Claimant, STYLES FOR LESS, INC., have judgment against Cross Defendant, ANGEL KISS, in the sum of $4,500.00, plus attorneys' fees of $5,500.00, for a total of $10,000.00.

Dated: February 4, 2010

_____
The Honorable Gary A. Fees, Judge
of the United States District Court