Stephen M. Doniger, Esq. (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh, Esq. (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAUSA, INC., a California Corporation; et al.,<br><br>Defendants. | Case No.: CV09-7561 GAF (FMO)<br>*The Honorable Judge Gary A. Feess Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Upon review of the parties "Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)" and finding good cause thereon, IT IS HEREBY ORDERED THAT:

1. This action is to be dismissed with prejudice as to all remaining defendants, as called for in the settlement agreement entered into by the parties.
2. Each party is to bear its own costs and fees as incurred against one another in the action and the cross-claim.

3. This Court will retain jurisdiction to enforce the terms of the settlement agreement that precipitated this dismissal.

<u>SO ORDERED</u>.

Dated: May 17, 2011          By: _____
HONORABLE GARY A. FEESS
U.S. District Court Judge